```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JOHNNY CLAY, JR.
 7

 8
                 IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,     )   No. Cr. S 08-0099 GEB GGH
12                                )
                    Plaintiff,    )
13                                )   {PROPOSED} ORDER FOR
         v.                       )   TRANSPORTATION PURSUANT TO 18
14                                )   U.S.C. § 4282
    JOHNNY CLAY, JR.,             )
15                                )
                    Defendant.    )
16                                )   Time:
                                  )   Judge: Hon. Gregory G. Hollows
17  _____ )

18

19       Good cause having been found, it is hereby ordered that the United

20  States Marshal for the Eastern District of California furnish the

21  defendant, Johnny Clay, Jr., with transportation and subsistence to the

22  place of his arrest: Killeen, Texas. This order is made pursuant to

23  18 U.S.C. § 4282.

24                                    /s/ Gregory G. Hollows
                                      GREGORY G. HOLLOWS
25  Dated: May 6, 2008.
                                      _____
26                                    HON. GREGORY G. HOLLOWS
                                      U.S. Magistrate Judge
27

28
```