DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-08-099-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JOHNNY CLAY, JR., | |
| Defendant. | Date: June 13, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 13, 2008 be vacated, and the matter be set for status conference on July 25, 2008 at 9:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 25, 2008 pursuant to 18 U.S.C.

1  §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based
2  upon continuity of counsel and defense preparation.
3  DATED: June 12, 2008.              Respectfully submitted,
4                                     DANIEL J. BRODERICK
                                      Federal Public Defender
5

6
   DATED: June 12, 2008.              /s/ Linda C. Harter
7                                     LINDA C. HARTER
                                      Chief Assistant Federal Defender
8                                     Attorney for Defendant

9                                     McGREGOR W. SCOTT
                                      United States Attorney
10

11
   DATED: June 12, 2008.              /s/Linda C. Harter for Daniel
12                                    McConkie Jr.
                                      DANIEL MCCONKIE JR.
13                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 25, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: June 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3