DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>JOHNNY CLAY, JR.,  )<br>  )<br>         Defendant.  )<br>_____ ) | NO. CR.S-08-099-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: July 25, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of July 25, 2008 be vacated, and the matter be set for status conference on August 29, 2008 at 9:00 a.m.

　　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant and examine possible defenses, and to continue investigating the facts of the case.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 29, 2008 pursuant to 18 U.S.C.

1 §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based

2 upon continuity of counsel and defense preparation.

3 DATED: July 24, 2008                    Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Public Defender
5

6                                         /s/ Linda C. Harter
                                          LINDA C. HARTER
7                                         Chief Assistant Federal Defender
                                          Attorney for Defendant
8

9                                         McGREGOR W. SCOTT
                                          United States Attorney
10

11 DATED: July 24, 2008                   /s/ Linda C. Harter for
                                          SEAN FLYNN
12                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
13

14                         **O R D E R**

15    **IT IS SO ORDERED.**  Time is excluded from today's date through and

16 including August 29, 2008 in the interests of justice pursuant to

17 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local

18 Code T4.

19 Dated: July 25, 2008

20

21                                        _____
                                          GARLAND E. BURRELL, JR.
22                                        United States District Judge

Stip & Order/U.S. v. Johnny Clay                    2