DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-08-099-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| JOHNNY CLAY, JR., | Date: August 29, 2008 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of August 29, 2008 be vacated, and the matter be set for status conference on September 19, 2008 at 9:00 a.m.

    The continuance is requested to allow defense counsel additional time to examine possible defenses, and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 19, 2008 pursuant to

PDF created with pdfFactory trial version www.pdffactory.com

1  18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code

2  T4 based upon continuity of counsel and defense preparation.

3  Dated:  August 28, 2008          Respectfully submitted,

4                                   DANIEL J. BRODERICK
                                    Federal Public Defender
5

6                                   /s/ Linda C. Harter
7                                   LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
8                                   JOHNNY CLAY, JR.

9

10 Dated:  August 28, 2008          McGREGOR W. SCOTT
                                    United States Attorney
11

12                                  /s/ Linda C. Harter for
                                    SEAN FLYNN
13                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
14

15                    O R D E R

16      **IT IS SO ORDERED.**  Time is excluded from today's date through and

17 including September 19, 2008 in the interests of justice pursuant to

18 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local

19 Code T4.

20 Dated:  August 28, 2008

21

22                                  _____
                                    GARLAND E. BURRELL, JR.
23                                  United States District Judge

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com