DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-08-099-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| JOHNNY CLAY, JR., | ) |
|  | ) Date: September 19, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of September 19, 2008 be vacated, and the matter be set for status conference on October 17, 2008 at 9:00 a.m.

The continuance is requested to allow defense counsel additional time to examine possible defenses, and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 17, 2008 pursuant to

18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 18, 2008      Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Public Defender


                               /s/ Linda C. Harter
                               LINDA C. HARTER
                               Chief Assistant Federal Defender
                               Attorney for Defendant
                               JOHNNY CLAY, JR.


Dated: September 18, 2008      McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Linda C. Harter for
                               SEAN FLYNN
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including October 17, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order/U.S. v. Johnny Clay          2