1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOHNNY CLAY, JR.

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  NO. CR.S-08-099-GEB
                                  )
12           Plaintiff,           )  **STIPULATION AND [PROPOSED] ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
13      v.                        )  **AND EXCLUDING TIME**
                                  )
14 JOHNNY CLAY, JR.,              )
                                  )  Date:  January 9, 2009
15           Defendant.           )  Time:  9:00 a.m.
   _____)  Judge: Hon. Garland E. Burrell, Jr.
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, SEAN FLYNN, Assistant United States Attorney,

19 attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal

20 Defender, attorney for Defendant, that the status conference hearing

21 date of January 9, 2009 be vacated, and the matter be set for status

22 conference on February 6, 2009 at 9:00 a.m.

23      The continuance is requested to allow defense counsel additional

24 time to examine possible defenses, and continue investigating the facts

25 of the case and discussions with counsel for the government.

26      Based upon the foregoing, the parties agree that the time under

27 the Speedy Trial Act should be excluded from the date of signing of

28 this order through and including February 6, 2009 pursuant to

1  18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.
3  Dated: January 8, 2009                Respectfully submitted,
4                                        DANIEL J. BRODERICK
                                         Federal Public Defender
5
6                                        /s/ *Linda C. Harter*
                                         LINDA C. HARTER
7                                        Chief Assistant Federal Defender
                                         Attorney for Defendant
8                                        JOHNNY CLAY, JR.
9
10 Dated: January 8, 2008                McGREGOR W. SCOTT
                                         United States Attorney
11
12                                       /s/ *Linda C. Harter* for
                                         SEAN FLYNN
13                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
14
15                        **O R D E R**

16     **IT IS SO ORDERED.**  Time is excluded from today's date through and
17 including February 6, 2009 in the interest of justice pursuant to
18 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local
19 Code T4.
20 Dated: January 8, 2009

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order/U.S. v. Johnny Clay                    3