1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   JOHNNY CLAY, JR.

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  NO. CR.S-08-099-GEB
                                     )
12                 Plaintiff,        )  **STIPULATION AND [PROPOSED] ORDER**
                                     )  **CONTINUING STATUS CONFERENCE**
13         v.                        )  **AND EXCLUDING TIME**
                                     )
14  JOHNNY CLAY, JR.,                )
                                     )  Date:  February 6, 2009
15                 Defendant.        )  Time:  9:00 a.m.
    _____)  Judge: Hon. Garland E. Burrell, Jr.

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, SEAN FLYNN, Assistant United States Attorney,

19  attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal

20  Defender, attorney for Defendant, that the status conference hearing

21  date of February 6, 2009 be vacated, and the matter be set for status

22  conference on February 27, 2009 at 9:00 a.m.

23       Counsel for Mr. Clay will be out of the district on February 6,

24  2009, and additional time is needed to allow defense counsel to meet

25  with government counsel to discuss possible resolution of the case.

26       Based upon the foregoing, the parties agree that the time under

27  the Speedy Trial Act should be excluded from the date of signing of

28  this order through and including February 27, 2009 pursuant to

1   18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code

2   T4 based upon continuity of counsel and defense preparation.

3   Dated:  February 4, 2009              Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Public Defender
5

6                                         /s/ *Linda C. Harter*
                                          LINDA C. HARTER
7                                         Chief Assistant Federal Defender
                                          Attorney for Defendant
8                                         JOHNNY CLAY, JR.

9

10  Dated:  February 4, 2008              LARRY BROWN
                                          Acting United States Attorney
11

12                                        /s/ *Linda C. Harter* for
                                          SEAN FLYNN
13                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
14

15                          **O R D E R**

16      **IT IS SO ORDERED.**   Time is excluded from today's date through and

17  including February 27, 2009 in the interest of justice pursuant to

18  18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local

19  Code T4.

20  Dated:  February 9, 2009

21

22  _____
    GARLAND E. BURRELL, JR.
23  United States District Judge

24

25

26

27

28

Stip & Order/U.S. v. Johnny Clay              2