1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-08-099-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| JOHNNY CLAY, JR., | |
| Defendant. | Date: June 19, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of May 15, 2009 be vacated, and the matter be set for status conference on June 19, 2009 at 9:00 a.m.

Counsel for Mr. Clay needs additional time to prepare, and negotiations are continuing between the parties toward a possible misdemeanor disposition of this case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 19, 2009 pursuant to

18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  May 14, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ *Linda C. Harter*
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JOHNNY CLAY, JR.

Dated:  May 14, 2008          LARRY BROWN
                              Acting United States Attorney

/s/ *Linda C. Harter* for
SEAN FLYNN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 19, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  May 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge