```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-08-099-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JOHNNY CLAY, JR., ) | |
| ) | Date: July 31, 2009 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 19, 2009 be vacated, and the matter be set for status conference on July 31, 2009 at 9:00 a.m.

Counsel for Mr. Clay needs additional time to prepare, and negotiations have been ongoing between the parties toward a possible misdemeanor disposition of this case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 31, 2009 pursuant to

1  18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.
3  Dated:  June 18, 2009

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Public Defender


                                    */s/ Linda C. Harter*
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    JOHNNY CLAY, JR.


Dated:  June 18, 2009               LARRY BROWN
                                    Acting United States Attorney


                                    */s/ Linda C. Harter* for
                                    SEAN FLYNN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including July 31, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  June 22, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge