```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | NO. CR.S-08-099-GEB |
| )                                   | |
| Plaintiff,     )                    | **STIPULATION AND [PROPOSED] ORDER** |
| )                                   | **CONTINUING STATUS CONFERENCE** |
| v.             )                    | **AND EXCLUDING TIME** |
| )                                   | |
| JOHNNY CLAY, JR.,                ) | |
| )                                   | Date:  August 28, 2009 |
| Defendant.     )                    | Time:  9:00 a.m. |
| _____ )  | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of July 31, 2009 be vacated, and the matter be set for status conference on August 28, 2009 at 9:00 a.m.

Counsel for Mr. Clay needs additional time to prepare, and negotiations are continuing between the parties toward a possible misdemeanor disposition of this case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 28, 2009 pursuant to

18 U.S.C. §3161 (h)(7)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  July 30, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender


/s/ *Linda C. Harter*
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JOHNNY CLAY, JR.


Dated:  July 30, 2009      LARRY BROWN
Acting United States Attorney


/s/ *Linda C. Harter* for
SEAN FLYNN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including August 28, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  August 4, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order/U.S. v. Johnny Clay                2