```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHNNY CLAY, JR.,<br><br>        Defendant. | NO. CR.S-08-099-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: October 9, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of August 28, 2009 be vacated, and the matter be set for status conference on October 9, 2009 at 9:00 a.m.

Negotiations are continuing between the parties toward a possible misdemeanor disposition of this case, and counsel for Mr. Clay needs additional time to prepare.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 9, 2009 pursuant to

1  18 U.S.C. §3161 (h)(7)B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.
3  Dated:  August 27, 2009
4                                          Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                           Federal Public Defender
6
7                                          /s/ Linda C. Harter
                                           LINDA C. HARTER
8                                          Chief Assistant Federal Defender
                                           Attorney for Defendant
9                                          JOHNNY CLAY, JR.
10
11 Dated:  August 27, 2009                 LARRY BROWN
                                           United States Attorney
12
13                                         /s/ Linda C. Harter for
                                           SEAN FLYNN
14                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
15
16                              **O R D E R**
17     **IT IS SO ORDERED**.  Time is excluded from today's date through and
18 including October 9, 2009 in the interest of justice pursuant to
19 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local
20 Code T4.
21 Dated:  August 31, 2009
22
23                                         _____
                                           GARLAND E. BURRELL, JR.
24                                         United States District Judge
25
26
27
28

Stip & Order/U.S. v. Johnny Clay           2