DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-08-099-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JOHNNY CLAY, JR., ) | |
| ) | Date:  November 20, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of October 9, 2009 be vacated, and the matter be set for status conference on November 20, 2009 at 9:00 a.m.

   Counsel for Mr. Clay will be out of the office due to previously scheduled leave during the month of October, and negotiations are continuing between the parties toward a possible misdemeanor disposition of this case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1  this order through and including November 20, 2009 pursuant to
2  18 U.S.C. §3161 (h)(7)B)(iv)[reasonable time to prepare] and Local Code
3  T4 based upon continuity of counsel and defense preparation.
4  Dated:  October 6, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ *Linda C. Harter*
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        JOHNNY CLAY, JR.


Dated:  October 6, 2009                 LARRY BROWN
                                        United States Attorney


                                        /s/ *Linda C. Harter* for
                                        SEAN FLYNN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


                        **O R D E R**

   **IT IS SO ORDERED.**  Time is excluded from today's date through and including November 20, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  October 8, 2009

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge