1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-099-GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| JOHNNY CLAY, JR., | ) | |
| | ) | Date: January 8, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 20, 2009 be vacated, and the matter be set for status conference on January 8, 2010 at 9:00 a.m.

Negotiations between the parties toward a possible misdemeanor disposition of this case has been ongoing, and additional time is needed to negotiate resolution.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 8, 2010 pursuant to

1 | 18 U.S.C. §3161(h)(7)B)(iv)[reasonable time to prepare] and Local Code
2 | T4 based upon continuity of counsel and defense preparation.
3 | Dated: November 19, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ *Linda C. Harter*
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JOHNNY CLAY, JR.

Dated: November 19, 2009        BENJAMIN WAGNER
United States Attorney

/s/ *Linda C. Harter* for
SEAN FLYNN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 8, 2010 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge