DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-08-099-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JOHNNY CLAY, JR., ) | |
| ) | Date: March 12, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of March 12, 2010 be vacated, and the matter be set for status conference on April 9, 2010 at 9:00 a.m.

Negotiations between the parties toward a possible misdemeanor disposition of this case has been ongoing, and additional time is needed to negotiate resolution.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 9, 2010 pursuant to

18 U.S.C. §3161 (h)(7)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  March 11, 2010

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Public Defender

                                       */s/ Linda C. Harter*
                                       LINDA C. HARTER
                                       Chief Assistant Federal Defender
                                       Attorney for Defendant
                                       JOHNNY CLAY, JR.

Dated:  March 11, 2010              BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Linda C. Harter* for
                                       SEAN FLYNN
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including April 9, 2010 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  March 15, 2010

                                       GARLAND E. BURRELL, JR.
                                       United States District Judge