```
BENJAMIN B. WAGNER
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)-554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br>JOHNNY CLAY, JR.,                 )<br>                                  )<br>           Defendant.             ) | CASE NO. 2:08-CR-099-GEB<br><br>STIPULATION AND PROPOSED<br>ORDER FOR CONTINUANCE OF<br>STATUS CONFERENCE<br><br>Date: May 28, 2010<br>Time: 9:00 a.m.<br>Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, JOHNNY CLAY, JR., by and through his counsel, that the status conference in the above-captioned matter set for Friday, May 28, 2010, be continued to Friday, June 25, 2010, at 9:00 a.m.

The parties further stipulate that the time period from May 28, 2010, up to and including the new status conference date of June 25, 2010, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defendant agrees that his counsel needs additional

time to continue discussions with the government regarding potential resolution of the case, review produced discovery in the case, and effectively evaluate the posture of the case and potentially prepare for trial.  See id.

For these reasons, defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: May 27, 2010          By:    /s/ Sean C. Flynn
                                        SEAN C. FLYNN
                                        Assistant U.S. Attorney

                                         /s/ Linda Harter, by SCF
DATE: May 27, 2010                LINDA HARTER
                                        Counsel for defendant Clay

**IT IS SO ORDERED.**

Dated:  May 27, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge