```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-08-099-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JOHNNY CLAY, JR., ) | |
| ) | Date: June 25, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 25, 2010 be vacated, and the matter be set for status conference on July 23, 2010 at 9:00 a.m.

    Negotiations between the parties toward a possible misdemeanor disposition of this case have been ongoing and are near completion. Further time is needed to finalize settlement options and negotiate resolution.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including July 23, 2010 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  June 23, 2010

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

                                                /s/ *Linda C. Harter*
                                                LINDA C. HARTER
                                                Chief Assistant Federal Defender
                                                Attorney for Defendant
                                                JOHNNY CLAY, JR.

Dated:  June 23, 2010                     BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ *Linda C. Harter* for
                                                SEAN FLYNN
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.**  Time is excluded from the date of the signing of this order through and including July 23, 2010 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  June 24, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge