```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-099-GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JOHNNY CLAY, JR., | ) | Date: September 10, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of September 10, 2010 be vacated, and the matter be set for status conference on October 8, 2010 at 9:00 a.m.

    Negotiations between the parties toward a possible misdemeanor disposition of this case have been ongoing.  On today's date, defense counsel received a new plea offer from government counsel and additional time is needed to communicate the new plea offer with Mr. Clay who resides in Texas.

    Based upon the foregoing, the parties agree that the time under

1  the Speedy Trial Act should be excluded from the date of signing of
2  this order through and including October 8, 2010 pursuant to
3  18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local
4  Code T4 based upon continuity of counsel and defense preparation.
5  Dated: September 9, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        JOHNNY CLAY, JR.


Dated: September 9, 2010                BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Linda C. Harter for
                                        JARED DOLAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from the date of the signing of this order through and including October 8, 2010 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 10, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order/U.S. v. Johnny Clay                2