1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOHNNY CLAY, JR.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  NO. CR.S-08-099-GEB
                                   )
12          Plaintiff,              )  **STIPULATION AND [PROPOSED] ORDER**
                                   )  **CONTINUING STATUS CONFERENCE**
13      v.                         )  **AND EXCLUDING TIME**
                                   )
14 JOHNNY CLAY, JR.,               )
                                   )  Date: November 19, 2010
15          Defendant.              )  Time: 9:00 a.m.
   _____ )  Judge: Hon. Garland E. Burrell, Jr.
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, JARED DOLAN, Assistant United States

19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20 Federal Defender, attorney for Defendant, that the status conference

21 hearing date of October 8, 2010 be vacated, and the matter be set for

22 status conference on November 19, 2010 at 9:00 a.m.

23      Negotiations between the parties toward a possible misdemeanor

24 disposition of this case have been ongoing.  On today's date, defense

25 counsel received a new plea offer from government counsel and

26 additional time is needed to communicate the new plea offer with Mr.

27 Clay who resides in Texas.

28      Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including November 19, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   September 6, 2010

                 Respectfully submitted,

                 DANIEL J. BRODERICK
                 Federal Public Defender

                 */s/ Linda C. Harter*
                 LINDA C. HARTER
                 Chief Assistant Federal Defender
                 Attorney for Defendant
                 JOHNNY CLAY, JR.

Dated:   September 6, 2010      BENJAMIN B. WAGNER
                 United States Attorney

                 */s/ Linda C. Harter* for
                 JARED DOLAN
                 Assistant U.S. Attorney
                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**   Time is excluded from the date of the signing of this order through and including November 19, 2010 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:   October 6, 2010

                 _____
                 GARLAND E. BURRELL, JR.
                 United States District Judge