DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHNNY CLAY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-08-099-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JOHNNY CLAY, JR., ) | |
| ) | Date:  December 17, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 19, 2010 be vacated, and the matter be set for status conference on December 17, 2010 at 9:00 a.m.

Negotiations between the parties toward a misdemeanor disposition of this case have been completed.  Defense counsel has communicated the most recent plea offer to Mr. Clay who resides in Texas, and is awaiting receipt of the executed plea agreement.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including December 17, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  November 17, 2010

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Public Defender

                                /s/ *Linda C. Harter*
                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant
                                JOHNNY CLAY, JR.

Dated:  November 17, 2010         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ *Linda C. Harter* for
                                JARED DOLAN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from the date of the signing of this order through and including December 17, 2010 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  November 18, 2010

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge