1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOHNNY CLAY, JR.

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  NO. CR.S-08-099-GEB
                                  )
12           Plaintiff,           )  **STIPULATION AND [PROPOSED] ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
13      v.                        )  **AND EXCLUDING TIME**
                                  )
14 JOHNNY CLAY, JR.,              )
                                  )  Date:  January 21, 2011
15           Defendant.           )  Time:  9:00 a.m.
   _____)  Judge: Hon. Garland E. Burrell, Jr.
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, JARED DOLAN, Assistant United States

19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20 Federal Defender, attorney for Defendant, that the status conference

21 hearing date of December 17, 2010 be vacated, and the matter be set for

22 status conference on January 21, 2011 at 9:00 a.m.

23      Negotiations between the parties toward a misdemeanor disposition

24 of this case have been completed.  Defense counsel has communicated the

25 most recent plea offer to Mr. Clay who resides in Texas.  He has signed

26 the plea offer and returned it to counsel.  Counsel for the government

27 is preparing the information and the parties expect that a plea will be

28 entered before the assigned magistrate within a few weeks.

1    Based upon the foregoing, the parties agree that the time under

2  the Speedy Trial Act should be excluded from the date of signing of

3  this order through and including January 21, 2011 pursuant to

4  18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local

5  Code T4 based upon continuity of counsel and defense preparation.

6  Dated:  December 16, 2010

7                                    Respectfully submitted,

8                                    DANIEL J. BRODERICK
                                     Federal Public Defender
9

10                                   /s/ Linda C. Harter
                                     LINDA C. HARTER
11                                   Chief Assistant Federal Defender
                                     Attorney for Defendant
12                                   JOHNNY CLAY, JR.

13

14  Dated:  December 16, 2010        BENJAMIN B. WAGNER
                                     United States Attorney
15

16                                   /s/ Linda C. Harter for
                                     JARED DOLAN
17                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
18

19                        **O R D E R**

20    **IT IS SO ORDERED.**  Time is excluded from the date of the signing

21  of this order through and including January 21, 2011 in the interest of

22  justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to

23  prepare] and Local Code T4.

24  Dated:  December 17, 2010

25

26  _____
    GARLAND E. BURRELL, JR.
27  United States District Judge

28